UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

IN RE:

HEARTLAND INGREDIENTS, LLC,    Case No. 08-23193

                               Chapter 7 Proceeding
          Debtor(s).            Hon. Daniel S. Opperman
_____/

## NOTICE REGARDING FUNDS TO BE DEPOSITED IN U.S. REGISTRY

NOW COMES Randall L. Frank, Chapter 7 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $1.38 for deposit in the U.S. Registry as evidenced by the attached check number 3008, made payable to U.S. Bankruptcy Court.

The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds", Under $10 or Unclaimed from the Interim Distribution on or about January 24, 2011, on behalf of the following creditors:

| 5 | Alpena Wildlife Service | $1.38 |
|---|---|---|
|   |   | _____ |
|   | TOTAL | $1.38 |

DATED: March 28, 2011

                               /s/ Randall L. Frank
                               _____
                               Randall L. Frank (P33189)
                               Chapter 7 Trustee
                               310 Davidson Building
                               P.O. Box 2220
                               Bay City, Michigan  48707
                               Telephone: (989) 893-2461
                               randall.frank@gmail.com